1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  Victoria C. Knowles, Bar No. 277231
   vknowles@pacifictrialattorneys.com
4  4100 Newport Place Drive, Ste. 800
   Newport Beach, CA 92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
   Attorneys for Plaintiff
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| JUDY OH, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-05140-JPR |
| Plaintiffs, | **NOTICE OF SETTLEMENT** **(L.R. 40-2)** |
| v. | |
| GOOSEFOOT ACRES, INC., an Ohio corporation, d/b/a DANDY BLEND, | |
| Defendant. | |

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that request for dismissal in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within forty-five (45) days of the date of this Notice.

Dated: October 21, 2025

PACIFIC TRIAL ATTORNEYS

By: /s/ Scott J. Ferrell
Scott J. Ferrell
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Scott J. Ferrell, an attorney, certify that on October 21, 2025, I filed the foregoing **NOTICE OF SETTLEMENT (L.R. 40-2)** via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell